IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

| | |
|---|---|
| LARRY KEITH ZICKEFOOSE, | : |
| Plaintiff | : Civil Action No. 2:12-cv-00061 |
| v. | : Judge John Preston Bailey |
| WAL-MART STORES, EAST, LP., | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

| */s/ Erika Klie Kolenich* | */s/ Shannon H. Paliotta* |
|---|---|
| Erika Klie Kolenich (WV Bar No. 9880) | Shannon H. Paliotta (PA ID No. 91000) |
| ehklie@klielawoffices.com | spaliotta@littler.com |
| Klie Law Offices, PLLC | LITTLER MENDELSON, P.C. |
| Route 4 Box 529 | EQT plaza, 26th Floor |
| Buckhannon, WV 26201 | 625 Liberty Avenue |
| 304.472.5007 Phone | Pittsburgh, PA 15222 |
| 304.472.1126 Fax | 412.201.7600 Phone |
| | 412.456.2377 Fax |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

1